# United States District Court
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:25-CR-0256-S |
| | § | |
| NARBEL SOLORIO-PENALOZA (2) | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Pleas of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Pleas of Guilty is correct, and it is hereby accepted. Accordingly, the Court accepts the pleas of guilty, and **NARBEL SOLORIO-PENALOZA**, is hereby adjudged guilty of **Count 1** of the **Indictment**, that is **Conspiracy to Possess with Intent to Distribute a Controlled Substance**, in violation of **21 U.S.C. § 846, (a)(1) and (b)(1)(C).** Sentence will be imposed in accordance with the Court's Scheduling Order.

The Defendant is ordered to remain in custody.

**SO ORDERED.**

SIGNED March 6, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**